UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-23355-CIV-MARTINEZ-BECERRA**

PALMETTO EKG & ECHO READERS,
PROFESSIONAL ASSOCIATION, a
Florida Corporation (o/b/o Member #
U0536350801),

    Plaintiff,

v.

CIGNA HEALTHCARE OF FLORIDA,
INC., a Florida corporation,

    Defendant.

_____/

## **NOTICE OF COURT PRACTICE IN REMOVAL CASES**

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

1. Counsel for the non-removing party must file a motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction **within 30 days** after the filing of the notice of removal under 28 U.S.C. §1446(b). Deadlines with respect to such motion will be governed by all relevant Local Rules.

2. Counsel for the removing party is directed to file a *Removal Status Report* **no later than October 31, 2022**. Failure to file a timely *Removal Status Report* shall be grounds for remand.

The *Removal Status Report* shall contain the following:

    a) A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, made in state or federal court including the amount of damages claimed and any other relief sought.

    b) A plain statement of the grounds for removal and a listing of all parties to the action, including parties to any third-party claim.

    c) A list of all pending motions.

      d)    A brief statement by each Defendant explaining whether or not each has joined the notice of removal.

      e)    State whether the Defendant has removed the action within 30 days after the receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

3.    If the removing party has provided some or all of the information requested above, briefly summarize the information requested and direct the Court to the location of the information in the record.

4.    **<u>No later than October 31, 2022,</u>** the removing party must file copies of all records and proceedings in the state court proceedings, including a true and correct copy of the docket sheet. To the extent there are any motions pending in the state court action, the parties shall **separately** re-file the motion, and relevant memoranda of law in support of or opposition to those motions.

5.    The removing party shall provide copies of this Notice to all concerned parties.

6.    The parties are advised that failure to comply with any of the procedures contained in this Order or the Local Rules may result in dismissal of this action or entry of default.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of October, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record